UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
UNITED STATES OF AMERICA     :
                             :   Crim.  No. 07-549 (WHW)
          v.                 :
                             :
STANLEY FOOTE,               :
     a/k/a "Murder,"         :
```

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by R. Joseph Gribko, Assistant U.S. Attorney), and Michael Pedicini Esq., appearing for defendant STANLEY FOOTE, for an order granting a continuance of the proceedings against him in the above-captioned matter, and defendant being aware he has the right to have the matter brought to trial within 70 days of the date of their appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1.  Plea negotiations are currently in progress, and both the United States and defendant desire additional time to finalize plea agreements, which would render trial of this matter unnecessary;

2.  Defendant has consented to the aforementioned continuance;

3.   Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

WHEREFORE, on this _____11th_____ day of March, 2010,

IT IS ORDERED the trial is scheduled for May 25, 2010; and

IT IS FURTHER ORDERED that the period from March 9, 2010, through May 25, 2010, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

_____
HON. WILLIAM H. WALLS
United States District Judge